M. P. No. 76-178. FRANK G. MIRANDA *v.* ROBERT DeMELLO, CAROLE A. DeMELLO. Petition for writ of certiorari is denied.

*Gunning, LaFazia & Gnys, Inc., Clinton L. Poole,* for petitioner. *Robert E. Allen, Jr.,* Taunton, Mass., for respondents.